■ MAX O. URBAHN, Respondent, v TOWN OF GREENBURGH, Appellant. —Appeal from order of the Supreme Court, Westchester County, dated January 30, 1978, dismissed as academic. The order was superseded by the order dated March 21, 1978, which was made upon reargument. Order of the same court dated March 21, 1978 affirmed, upon the opinion of Mr. Justice Gagliardi at Special Term. The petitioner is awarded one bill of $50

costs and disbursements. Hopkins, J. P., Damiani, Lazer and Margett, JJ., concur.